# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

STEPHEN DENNIS YOUNG,

    Plaintiff,

v.                                      CASE NO. 4:06cv124-RH/AK

DR. HIEP NGUYEN, et al.,

    Defendants.

_____/

## ORDER FOR TRANSFER

This matter is before the court on the magistrate judge's report and recommendation (document 34), to which no objections have been filed. Upon consideration,

    IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the opinion of the court. This matter is hereby transferred to the United States District Court for the Middle District of Florida, Jacksonville Division. The clerk shall take all actions necessary to effect the transfer.

    SO ORDERED this 13th day of June, 2007.

                                              s/Robert L. Hinkle
                                              Chief United States District Judge